JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOSEPH ROBERT SUESS,

          Petitioner,

      v.

W.L. MUNIZ, et al.,

          Respondent.

CASE NO. 8:16-cv-00023-VAP (SK)

**JUDGMENT**

      Pursuant to the Order Accepting the Report and Recommendation of the U.S. Magistrate Judge, **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: January 31, 2018

_____
HON. VIRGINIA A. PHILLIPS
CHIEF U.S. DISTRICT JUDGE